IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**GREGORY E. COLLINS-BEY, #B-18699,**

**Plaintiff,**

v.

**DONALD N. SNYDER, JR., ROGER COWAN, GARY KNOP, EUGENE MCADORY, TOM MAUE, PAM GRUBMAN, LT. ASHBY, GEORGE WELBORN, and CAPTAIN LYERLA,**

**Defendants.**                                             No. 01-CV-005-DRH

### ORDER

**HERNDON, District Judge:**

Before the Court is Attorney Tara English's motion to withdraw as counsel for Plaintiff Gregory Collins-Bey. (Doc. 50). The Court **GRANTS** English's motion to withdraw since she does not currently practice law. (Doc. 50). The Court **APPOINTS** Attorney Robert W. Schmieder of the law firm Pratt & Tobin in East Alton, Illinois, to represent Plaintiff Gregory Collins-Bey. The Court **RESCHEDULES** the status conference from June 10, 2005, to July 8, 2005, at 11:00 a.m.

**IT IS SO ORDERED.**

Signed this 8th day of June, 2005.

/s/   David RHerndon
**United States District Judge**