IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**GREGORY E. COLLINS-BEY, #B-18699,**

**Plaintiff,**

**v.**

**DONALD N. SNYDER, JR., ROGER COWAN, GARY KNOP, EUGENE MCADORY, TOM MAUE, PAM GRUBMAN, LT. ASHBY, GEORGE WELBORN, and CAPTAIN LYERLA,**

**Defendants.**                                           **No. 01-CV-05-DRH**

## ORDER

Upon written Motion of Robert W. Schmieder, appointed counsel for Plaintiff Gregory E. Collins-Bey, the Court being fully advised in the premises, it is hereby ordered that Robert W. Schmieder is allowed to withdraw as counsel for Plaintiff as of the date of this Order. It is noted that Mr. Schmieder was appointed only for the trial of this matter and he fulfilled his duties, with the Court's appreciation.

**IT IS SO ORDERED**.

Signed this 13th day of January, 2006.

/s/         David RHerndon
**United States District Judge**